## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ACCESS CONTROL DEVICES, INC.**                                       **PLAINTIFF**

**v.**                                          **Case No. 4:24-cv-00774-KGB**

**BLINK CHARGING, CO.,** *et al*.                                      **DEFENDANTS**

## ORDER

Before the Court is defendants Blink Charging, Co. and SemaConnect, LLC f/k/a SemaConnect, Inc.'s unopposed motion to extend briefing deadlines on cross-motions for summary judgment (Dkt. No. 44).  Defendants state that plaintiff Access Control Devices, Inc. ("Access") filed its motion for summary judgment on June 29, 2026, and defendants filed their motion for partial summary judgment on the same day (*Id*., ¶¶ 1–2).  According to the motion, the current deadlines for each party to respond to the opposing party's motion for summary judgment is July 13, 2026, and replies would currently be due on July 20, 2026 (*Id*., ¶ 3).  Defendants state that counsel for the parties have conferred and agreed to extend the deadline for responding to the pending motions until July 17, 2026, and to the extend the deadlines for filing replies until July 28, 2026 (*Id*., ¶¶ 4–5).  For good cause shown, the Court grants defendants' unopposed motion to extend briefing deadlines on cross-motions for summary judgment (*Id*.).  The time for the parties to file responses to pending motions for summary judgment is extended to, and including, July 17, 2026.  The for the parties to reply to responses to motions for summary judgment is extended to, and including, July 28, 2026.

So ordered this 10th day of July, 2026.

Kristine G. Baker
Chief United States District Judge